Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−14304−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeisson Zambrano
   468 Colonial Terrace
   Hackensack, NJ 07601

Social Security No.:
   xxx−xx−1596

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on April 25, 2025 and a confirmation hearing on such Plan has been scheduled for July 10, 2025.

The debtor filed a Modified Plan on June 3, 2025 and a confirmation hearing on the Modified Plan is scheduled for July 10, 2025. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 4, 2025
JAN: mff

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-14304-JKS
Jeisson Zambrano  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Jun 04, 2025  Form ID: 186  Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeisson Zambrano, 468 Colonial Terrace, Hackensack, NJ 07601-1402 |
| 520632346 | | Syncb/Pc Richard, Pob 276 Mailcode Oh3 425, Dayton, OH 45423 |
| 520646859 | + | TD Bank, N.A.., 95 Mount Bethel Road, Suite 3, Warren, NJ 07059-5169 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2025 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2025 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520677597 | + | Email/Text: bkfilings@zwickerpc.com | Jun 04 2025 20:46:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 520632336 | | Email/PDF: bncnotices@becket-lee.com | Jun 04 2025 20:49:40 | Amex, P.O. Box 7871, Fort Lauderdale, FL 33329 |
| 520632337 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2025 21:10:40 | Amex/Cbna, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520632338 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 04 2025 20:44:00 | Bank Of America, 400 Christiana Road, Newark, DE 19702-3208 |
| 520658575 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 04 2025 20:44:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520632339 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2025 20:49:38 | Capital One, Po Box 85064, Glen Allen, VA 23058 |
| 520632340 | | Email/Text: mrdiscen@discover.com | Jun 04 2025 20:44:00 | Discover Bank, Po Box 15316, Wilmington, DE 19850 |
| 520641647 | | Email/Text: mrdiscen@discover.com | Jun 04 2025 20:44:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520632341 | + | Email/Text: csocha@greateralliance.org | Jun 04 2025 20:46:00 | Greater Alliance Fcu, 359 Main St, Hackensack, NJ 07601-5806 |
| 520636476 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2025 20:49:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520632342 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2025 20:48:50 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 520652260 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 04 2025 20:48:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520632343 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 04 2025 20:49:24 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 04, 2025 | Form ID: 186 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 520632344 | + Email/Text: mtgbk@shellpointmtg.com | Jun 04 2025 20:44:00 | NewRez, 55 Beattie Place, Greenville, SC 29601-2165 |
| 520649778 | + Email/Text: ecfbnc@aldridgepite.com | Jun 04 2025 20:45:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520632345 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2025 21:00:25 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 520643181 | Email/Text: jaxbanko@td.com | Jun 04 2025 20:44:00 | TD Bank, N.A., PO Box 16041, Lewiston, ME 04243-9523 |
| 520632347 | + Email/Text: jaxbanko@td.com | Jun 04 2025 20:44:00 | Td Auto Fin, Po Box 9223, Farmington, MI 48333-9223 |
| 520632348 | + Email/Text: jaxbanko@td.com | Jun 04 2025 20:44:00 | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 520632349 | + Email/Text: bncmail@w-legal.com | Jun 04 2025 20:45:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 520632350 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2025 20:49:22 | Thd/Cbna, Po Box 9714, Gray, TN 37615-9714 |
| 520632351 | Email/Text: bankruptcy@wcu.com | Jun 04 2025 20:44:00 | Workers Cu, 815 Main St, Fitchburg, MA 01420 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Courtney R. Shed | on behalf of Creditor TD Bank  N.A. cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Jeisson Zambrano fitz2law@gmail.com nadiafinancial@gmail.com |
| U.S. Trustee | |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 04, 2025 | Form ID: 186 | Total Noticed: 27

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5