UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq. NF6129
649 Newark Avenue
Jersey City, NJ 07306
Telephone (201) 533-1100
Email: Nickfitz.law@gmail.com
Counsel for Debtor

In Re:
Jeisson Zambrano

Case No.: 25-14304
Chapter: 13
Hearing Date: July 10, 2025
Judge: John K Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Docket Entry No 15 - Modified Chapter 13 Plan - Before Confirmation

Date: 6/11/2025

Signature

*rev.8/1/15*