```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq./NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
PH (201) 533-1100
Email: NickFitz.Law@gmail.com

In Re:
      Jeisson Zambrano
```

Case No.: 25-14304
Chapter: 13
Adv. No.:
Hearing Date:
Judge: SHERWOOD

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Jeisson Zambrano__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __June 11, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Modified Chapter 13 Plan dated June 10, 2025 - - Before Confirmation

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 11, 2025                                    _____
                                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeisson Zambrano<br>468 Colonial Terrace<br>Hackensack, NJ 07601 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| GROSS POLOWY LLC<br>Formed in the State of Delaware<br>Rep. TD Bank, N.A..<br>95 Mount Bethel Road, Suite 3<br>Warren, NJ 07059 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Asaph Abrams<br>ALDRIDGE PITE, LLP<br>Rep. NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

NICHOLAS FITZGERALD
*Admitted in NY and NJ

**FITZGERALD & ASSOCIATES, P.C.**
**ATTORNEYS AT LAW**
**649 NEWARK AVENUE**
**JERSEY CITY, NJ 07306**

---

**Telephone (201) 533-1100**
Email: **NickFitz.Law@gmail.com**

NEW YORK OFFICE
521 FIFTH AVENUE, SUITE 3010
NEW YORK, NY 10175
1800 828 7763

25-14304-JKS Jeisson Zambrano

# Creditors

**American Express National Bank, AENB**
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-1041

**Amex**
P.O. Box 7871
Fort Lauderdale, FL 33329

**Amex/Cbna**
9111 Duke Blvd
Mason, OH 45040

**Bank Of America**
400 Christiana Road
Newark, DE 19713

**Bank of America, N.A.**
PO Box 673033
Dallas, TX 75267-3033

**Capital One**
Po Box 85064
Glen Allen, VA 23058

**Discover Bank**
Po Box 15316
Wilmington, DE 19850

**Discover Bank**
PO Box 3025
New Albany, OH 43054-3025

**Greater Alliance Fcu**
359 Main St
Hackensack, NJ 07601

**Lvnv Funding Llc**
Po Box 10497
Greenville, SC 29603

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**MERRICK BANK**
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

**Merrick Bank Corp**
Po Box 9201
Old Bethpage, NY 11804

**NewRez**
55 Beattie Place
Greenville, SC 29601

**NewRez LLC d/b/a Shellpoint Mortgage Servicing**
Asaph Abrams
ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108

**Portfolio Recov Assoc**
120 Corporate Blvd Ste 1
Norfolk, VA 23502

**Portfolio Recovery Associates, LLC**
c/o Credit Asset Sales LLC
POB 41067
Norfolk VA 23541

**Portfolio Recovery Associates, LLC**
c/o Best Buy
POB 41067
Norfolk VA 23541

**Syncb/Pc Richard**
Pob 276 Mailcode Oh3 425
Dayton, OH 45423

**Td Auto Fin**
Po Box 9223
Farmington, MI 48333

**Td Auto Finance**
Po Box 9223
Farmington Hills, MI 48333

**Td Bank Usa/Targetcred**
Po Box 673
Minneapolis, MN 55440

**TD Bank, N.A.**
PO Box 16041
Lewiston, ME 04243-9523

**TD Bank, N.A..**
95 Mount Bethel Road, Suite 3
Warren, NJ 07059

**Thd/Cbna**
Po Box 9714
Gray, TN 37615

**Workers Cu**
815 Main St
Fitchburg, MA 01420