Fitzgerald & Associates, PC
Nicholas Fitzgerald Esq. NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Email: nickfitz.law@gmail.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
-----------------------------------X
In re:                              Chapter 13

Jeisson Zambrano,
                                    Case No. 25-14304-JKS
Debtor

                                    Conf. Hearing Date: 7/10/25
                                          Time: 8:30 a.m.

-----------------------------------X

**ATTORNEY'S RESPONSE TO SECURED CREDITOR'S [VEHICLE LENDER'S] OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

I, Nicholas Fitzgerald, the above named debtor's counsel, hereby responds to the debtor's vehicle lender's objection to the confirmation of the debtor's payment plan as follows:

The debtor had proposed a modified plan to surrender the debtor's vehicle in full satisfaction of the amount owed on the vehicle. The debtor's vehicle lender has objected to confirmation of the debtor's payment plan on the grounds that there will ultimately be an unsecured deficiency as to the vehicle.

It is the debtor's intention to later modify the debtor's payment plan to accommodate this deficiency claim.

Dated: June 23, 2025

_____
Nicholas Fitzgerald
Debtor's Counsel

**Exhibit**  -- Copy of Objection to Confirmation

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Courtney R Shed, Esq. - 414442023<br>GROSS POLOWY LLC<br>Formed in the State of Delaware<br>95 Mount Bethel Road, Suite 3<br>Warren, NJ 07059<br>(716) 204-1700<br>E-mail: cshed@grosspolowy.com<br>Attorneys for Secured Creditor TD Bank, N.A. | |
| In Re:<br><br>JEISSON ZAMBRANO<br><br>Debtor(s). | Case No.: 25-14304-jks<br><br>Hearing Date: July 24, 2025<br><br>Chapter: 13<br><br>Judge: John K. Sherwood |

## OBJECTION TO MODIFIED PLAN FILED JUNE 11, 2025

TD Bank, N.A., by its counsel, Gross Polowy LLC, as and for an Objection to Confirmation of the Debtor's Chapter 13 Modified Plan filed June 11, 2025, states the following grounds:

1. On April 25, 2025, the debtor, above-named, filed a voluntary petition in bankruptcy under Title 11, Chapter 13, U.S.C., United States Bankruptcy Court for the District of New Jersey.

2. The Court has jurisdiction to entertain this objection under 28 U.S.C., Section 157.

3. TD Bank, N.A., is the holder of a properly perfected first-in-right purchase money security interest in one (1) 2020 Kia Stinger (V.I.N. KNAE15LA7L6075877) owned by and, upon information and belief, in the possession and control of the debtor. Copies of the Motor Vehicle Retail Installment Contract and Certificate of Title are annexed hereto as Exhibit "A" and made a part hereof.

5. TD Bank, N.A., hereby objects to confirmation of the Debtor's Modified Plan which proposes to surrender the collateral in full satisfaction of TD Bank, N.A.'s claim. The Modified Plan lists the value of the surrendered collateral as $20,973.00 and the deficiency balance as zero.

6. As stated in TD Bank, N.A.'s Motion of Relief, the net balance due was $29,898.12 as of May 5, 2025 and the wholesale value of the collateral was $14,750.00. By either valuation, the lien balance is greater than the value and a deficiency balance is anticipated. Accordingly, TD Bank, N.A., specifically reserves the right to file an unsecured deficiency claim.

WHEREFORE, TD Bank, N.A., respectfully requests that the Court deny confirmation of the Debtor's Chapter 13 Modified Plan for the reasons hereinabove set forth unless modified to reflect the proper treatment of its claim as detailed above and for such other and further relief as to the Court may seem just and proper.

/s/ Courtney R Shed
Courtney R Shed, Esq.