UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
PH (201) 533-1100
Email: NickFitz.Law@gmail.com

In Re:

    Jeisson Zambrano

Case No.: _____ 25-14304 _____

Chapter: _____ 13 _____

Adv. No.: _____

Hearing Date: _____ 8/28/2025 @10:00am

Judge: _____ SHERWOOD _____

## CERTIFICATION OF SERVICE

1.  I, _____ Nadia Loftin _____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for ____ Nicholas Fitzgerald, Esq. ____, who represents
    _____ Jeisson Zambrano _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____ July 22, 2025 _____, I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.

    Hearing on Motion to Expunge Claims of Midland Credit Management Inc. as been
rescheduled from August 14, 2025 to August 28, 2025 at 10:00am

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date: _____ July 22, 2025 _____

                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeisson Zambrano<br>468 Colonial Terrace<br>Hackensack, NJ 07601 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Credit Management Inc.<br>PO Box 2037<br>Warren, MI 48090 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |