UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
PH (201) 533-1100
Email: NickFitz.Law@gmail.com

In Re:
Jeisson Zambrano

Case No.: 25-14304
Chapter: 13
Adv. No.:
Hearing Date: 8/28/2025 @10:00am
Judge: SHERWOOD

## CERTIFICATION OF SERVICE

1. I, **Nadia Loftin**:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for **Nicholas Fitzgerald, Esq.**, who represents **Jeisson Zambrano** in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On **July 22, 2025**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Hearing on Motion to Expunge Proof of Claim filed by Bank of America has been rescheduled from August 14, 2025 to August 28, 2025 at 10:00am

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 22, 2025

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeisson Zambrano<br>468 Colonial Terrace<br>Hackensack, NJ 07601 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |