Page 1

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Email: nickfitz.law@gmail.com
Attorney for Debtor

**Order Filed on September 2, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

United States Bankruptcy Court
District of New Jersey
-------------------------------------X
**Caption in Compliance with D. N.J. LBR 9004-1**

In re:

    Jeisson Zambrano

Debtor

-----------------------------------X

Chapter 13

Case No. 25-14304-JKS

Hon: John K. Sherwood

**ORDER EXPUNGING PROOF OF CLAIM NUMBER 1 FILED BY RESURGENT CAPITAL SERVICES ON BEHALF OF LVNV FUNDING, LLC**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 2, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Jeisson Zambrano
Case No.: 25-14304-JKS
Caption: ORDER EXPUNGING PROOF OF CLAIM NUMBER 1 FILED BY RESURGENT CAPITAL SERVICES ON BEHALF OF LVNV FUNDING, LLC

-----------------------------------------------

This matter having come before the Court by the debtor's counsel, upon the debtor's Notice of Motion for an Order expunging proof of claim number 1 filed by Resurgent Capital Services on behalf of LVNV Funding, LLC; and the Court having examined the evidence presented, and for good cause shown,

IT IS

**ORDERED** that proof of claim number 1 filed by Resurgent Capital Services on behalf of LVNV Funding, LLC, is hereby expunged with prejudice.