Page 1

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Email: nickfitz.law@gmail.com
Attorney for Debtor

Order Filed on September 2, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

United States Bankruptcy Court
District of New Jersey
------------------------------------X
Caption in Compliance with D. N.J. LBR 9004-1

                                    Chapter 13

In re:
                                    Case No. 25-14304-JKS
    Jeisson Zambrano

                                    Hon: John K. Sherwood

Debtor

------------------------------------X

**ORDER EXPUNGING PROOF OF CLAIM NUMBER 10 FILED BY MIDLAND CREDIT MANAGEMENT, INC.**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 2, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Jeisson Zambrano
Case No.: 25-14304-JKS
Caption: ORDER EXPUNGING PROOF OF CLAIM NUMBER 10 FILED BY MIDLAND CREDIT MANAGEMENT, INC.

------------------------------------------------

This matter having come before the Court by the debtor's counsel, upon the debtor's Notice of Motion for an Order expunging proof of claim number 10 filed by Midland Credit Management, Inc.; and the Court having examined the evidence presented, and for good cause shown,

IT IS

**ORDERED** that proof of claim number 10 filed by Midland Credit Management, Inc. is hereby expunged with prejudice.