Page 1

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Email: nickfitz.law@gmail.com
Attorney for Debtor

Order Filed on September 2, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

United States Bankruptcy Court
District of New Jersey
------------------------------------X
Caption in Compliance with D. N.J. LBR 9004-1

In re:

    Jeisson Zambrano

Chapter 13

Case No. 25-14304-JKS

Hon: John K. Sherwood

Debtor
------------------------------------X

ORDER EXPUNGING PROOF OF CLAIM NUMBER 5 FILED BY BANK OF AMERICA

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: September 2, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Jeisson Zambrano
Case No.: 25-14304-JKS
Caption: ORDER EXPUNGING PROOF OF CLAIM NUMBER 5 FILED BY BANK OF AMERICA

---

This matter having come before the Court by the debtor's counsel, upon the debtor's Notice of Motion for an Order expunging proof of claim number 5 filed by Bank of America; and the Court having examined the evidence presented, and for good cause shown,

IT IS

**ORDERED** that proof of claim number 5 filed by Bank of America is hereby expunged with prejudice.