UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nicholas Fitzgerald, Esq./NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
PH (201) 533-1100
Email: NickFitz.Law@gmail.com

In Re:

  Jeisson Zambrano

| | |
|---|---|
| Case No.: | 25-14304 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | SHERWOOD |

## CERTIFICATION OF SERVICE

1. I, _____ Nadia Loftin _____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for ____ Nicholas Fitzgerald, Esq. ____, who represents
   _____ Jeisson Zambrano _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____ September 02, 2025 _____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.

   Order Expunging Proof of Claim Number 1 Filed by Resurgent Capital Services on behalf of
   LVNV Funding, LLC

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _____ September 02, 2025 _____

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeisson Zambrano<br>468 Colonial Terrace<br>Hackensack, NJ 07601 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |