Page 1

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Email: nickfitz.law@gmail.com
Attorney for Debtor

Order Filed on September 2, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

United States Bankruptcy Court
District of New Jersey
-----------------------------------X
Caption in Compliance with D. N.J. LBR 9004-1

Chapter 13

In re:

    Jeisson Zambrano

Case No. 25-14304-JKS

Hon: John K. Sherwood

Debtor

-----------------------------------X

ORDER EXPUNGING PROOF OF CLAIM NUMBER 10 FILED BY MIDLAND CREDIT MANAGEMENT, INC.

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 2, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Jeisson Zambrano
Case No.: 25-14304-JKS
Caption: ORDER EXPUNGING PROOF OF CLAIM NUMBER 10 FILED BY MIDLAND CREDIT MANAGEMENT, INC.

------------------------------------------------

This matter having come before the Court by the debtor's counsel, upon the debtor's Notice of Motion for an Order expunging proof of claim number 10 filed by Midland Credit Management, Inc.; and the Court having examined the evidence presented, and for good cause shown,

IT IS

**ORDERED** that proof of claim number 10 filed by Midland Credit Management, Inc. is hereby expunged with prejudice.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-14304-JKS |
| Jeisson Zambrano | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 02, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeisson Zambrano, 468 Colonial Terrace, Hackensack, NJ 07601-1402 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2025         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Courtney R. Shed | on behalf of Creditor TD Bank N.A. cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Jeisson Zambrano fitz2law@gmail.com nadiafinancial@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5