Page 1

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Email: nickfitz.law@gmail.com
Attorney for Debtor

Order Filed on September 2, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

United States Bankruptcy Court
District of New Jersey
-----------------------------------X
**Caption in Compliance with D. N.J. LBR 9004-1**

In re:

    Jeisson Zambrano

Debtor
-----------------------------------X

Chapter 13

Case No. 25-14304-JKS

Hon: John K. Sherwood

**ORDER EXPUNGING PROOF OF CLAIM NUMBER 5 FILED BY BANK OF AMERICA**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 2, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: Jeisson Zambrano
Case No.: 25-14304-JKS
Caption: ORDER EXPUNGING PROOF OF CLAIM NUMBER 5 FILED BY BANK OF AMERICA

------------------------------------------------------

This matter having come before the Court by the debtor's counsel, upon the debtor's Notice of Motion for an Order expunging proof of claim number 5 filed by Bank of America; and the Court having examined the evidence presented, and for good cause shown,

IT IS

**ORDERED** that proof of claim number 5 filed by Bank of America is hereby expunged with prejudice.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-14304-JKS |
| Jeisson Zambrano | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 02, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2025:**

**Recip ID            Recipient Name and Address**
db              +  Jeisson Zambrano, 468 Colonial Terrace, Hackensack, NJ 07601-1402

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2025                    Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2025 at the address(es) listed below:

**Name                    Email Address**

Courtney R. Shed
                        on behalf of Creditor TD Bank N.A. cshed@grosspolowy.com, ecfnotices@grosspolowy.com

Denise E. Carlon
                        on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                        magecf@magtrustee.com

Nicholas Fitzgerald
                        on behalf of Debtor Jeisson Zambrano fitz2law@gmail.com nadiafinancial@gmail.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5