Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  25−14304−JKS
                        Chapter:  13
                        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeisson Zambrano
   468 Colonial Terrace
   Hackensack, NJ 07601

Social Security No.:
   xxx−xx−1596

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 25, 2025.

Dated: September 25, 2025
JAN: zlh

                                                                                                 Jeanne Naughton
                                                                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jeisson Zambrano  
    Debtor

Case No. 25-14304-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 25, 2025      Form ID: plncf13      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeisson Zambrano, 468 Colonial Terrace, Hackensack, NJ 07601-1402 |
| 520709702 | + | GREATER ALLIANCE FEDERAL CREDIT UNION, C/O Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520632346 | | Syncb/Pc Richard, Pob 276 Mailcode Oh3 425, Dayton, OH 45423 |
| 520646859 | + | TD Bank, N.A.., 95 Mount Bethel Road, Suite 3, Warren, NJ 07059-5169 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 25 2025 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 25 2025 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520677597 | + | Email/Text: bkfilings@zwickerpc.com | Sep 25 2025 20:55:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 520632336 | | Email/PDF: bncnotices@becket-lee.com | Sep 25 2025 21:22:09 | Amex, P.O. Box 7871, Fort Lauderdale, FL 33329 |
| 520632337 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2025 21:22:09 | Amex/Cbna, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520632338 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 25 2025 20:53:00 | Bank Of America, 400 Christiana Road, Newark, DE 19702-3208 |
| 520658575 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 25 2025 20:53:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520632339 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2025 21:10:54 | Capital One, Po Box 85064, Glen Allen, VA 23058 |
| 520720469 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2025 21:21:56 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520632340 | | Email/Text: mrdiscen@discover.com | Sep 25 2025 20:53:00 | Discover Bank, Po Box 15316, Wilmington, DE 19850 |
| 520641647 | | Email/Text: mrdiscen@discover.com | Sep 25 2025 20:53:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520632341 | + | Email/Text: csocha@greateralliance.org | Sep 25 2025 20:54:33 | Greater Alliance Fcu, 359 Main St, Hackensack, NJ 07601-5806 |
| 520636476 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2025 21:11:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520632342 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2025 21:21:52 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520652260 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 25 2025 21:10:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520632343 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 25 2025 21:10:35 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520711891 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 25 2025 20:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520632344 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 25 2025 20:53:00 | NewRez, 55 Beattie Place, Greenville, SC 29601-2165 |
| 520724755 | | Email/Text: mtgbk@shellpointmtg.com | Sep 25 2025 20:53:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520649778 | + | Email/Text: ecfbnc@aldridgepite.com | Sep 25 2025 20:54:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520721683 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2025 21:11:07 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520691272 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2025 21:10:07 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 520778225 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2025 21:10:35 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 520691283 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2025 21:10:00 | Portfolio Recovery Associates, LLC, c/o Credit Asset Sales LLC, POB 41067, Norfolk VA 23541 |
| 520632345 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2025 21:10:35 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 520712746 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2025 21:10:55 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520723129 | | Email/Text: bncmail@w-legal.com | Sep 25 2025 20:54:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520643181 | | Email/Text: jaxbanko@td.com | Sep 25 2025 20:53:00 | TD Bank, N.A., PO Box 16041, Lewiston, ME 04243-9523 |
| 520632347 | + | Email/Text: jaxbanko@td.com | Sep 25 2025 20:53:00 | Td Auto Fin, Po Box 9223, Farmington, MI 48333-9223 |
| 520632348 | + | Email/Text: jaxbanko@td.com | Sep 25 2025 20:53:00 | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 520632349 | + | Email/Text: bncmail@w-legal.com | Sep 25 2025 20:54:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 520632350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2025 21:11:14 | Thd/Cbna, Po Box 9714, Gray, TN 37615-9714 |
| 520632351 | | Email/Text: bankruptcy@wcu.com | Sep 25 2025 20:53:00 | Workers Cu, 815 Main St, Fitchburg, MA 01420 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 25-14304-JKS    Doc 58    Filed 09/27/25    Entered 09/28/25 00:15:19    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 25, 2025 | Form ID: plncf13 | Total Noticed: 37 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:

**Name**           **Email Address**

Courtney R. Shed
on behalf of Creditor TD Bank  N.A. cshed@grosspolowy.com, ecfnotices@grosspolowy.com

Denise E. Carlon
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Nicholas Fitzgerald
on behalf of Debtor Jeisson Zambrano fitz2law@gmail.com  nadiafinancial@gmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5